# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 244 | **DATE** | 4/28/2008 |
| **CASE TITLE** | Smith vs. Sterling-Ahlla | | |

**DOCKET ENTRY TEXT**

For the reasons stated below, Smith's bankruptcy appeal [1] is dismissed for want of prosecution.

■ [ For further details see text below.]

Docketing to mail notices.
*Mail AO 450 form.

## STATEMENT

On December 17, 2007, Bruce S. Smith ("Smith") filed a notice of appeal and on January 11, 2008, he filed documents pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure. However, he never filed a brief in support as required by Rule 8009. On April 7, 2008, the court granted Smith 15 days to file documents pursuant to Rule 8009 so that the court could consider the claims raised on appeal. Smith failed to file anything within the time allowed; therefore, the court dismisses the appeal for want of prosecution.

| | Courtroom Deputy Initials: | Rhonda Johnson |
|---|---|---|