# United States District Court

**Northern District of Illinois**

Eastern Division

Smith                                              **JUDGMENT IN A CIVIL CASE**

        v.                                       Case Number: 08 C 244

Sterling Ahlla

☐     Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■     Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that Smith's bankruptcy appeal is dismissed for want of prosecution. Civil case terminated.

 

Michael W. Dobbins, Clerk of Court

Date: 4/28/2008                                    _____

                                                           /s/ Rhonda Johnson, Deputy Clerk